**Deny and Opinion Filed July 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00875-CV

### IN RE VSDH VAQUERO VENTURE, LTD., Relator

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-05232-A**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Lewis
Opinion by Justice Francis

Relator filed this petition for writ of mandamus complaining of the trial court's oral order regarding participation of its lead counsel in trial and of the failure of the trial court to grant a continuance in light of its oral order. The rules of appellate procedure require the statement that the person filing a petition for writ of mandamus "has reviewed the petition and concluded that every factual statement is supported by competent evidence included in the appendix or record." TEX. R. APP. P. 52.3(j). Relator's petition does not include such a certification. Thus, relator's petition fails to comply with the Texas Rules of Appellate Procedure. *See In re Butler,* 270 S.W.3d 757, 758–59 (Tex. App.—Dallas 2008, orig. proceeding) (denying petition for writ of mandamus because petition and record not authenticated as required by the Texas Rules of Appellate Procedure).

We **DENY** the petition for writ of mandamus.

140875F.P05

/Molly Francis/

MOLLY FRANCIS
JUSTICE